ELECTRONICALLY FILED
2022 Mar 09 PM 2:23
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000165

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
CIVIL COURT DEPARTMENT

**SHERYLL MCKINLEY,**

    **Plaintiff,**

v.                                     Case No.:_____

**TARGET CORPORATION,**

    **Defendant.**

### PETITION PURSUANT TO K.S.A. CHAPTER 60

COMES NOW the Plaintiff Sheryll McKinley, by and through John G. O'Connor, of Robb, Taylor and O'Connor, and for her cause of action against the Defendant Target Corporation, does allege and state as follows:

1. That the Plaintiff is a resident of Leavenworth County, Kansas.

2. That the Defendant Target Corporation is a foreign corporation properly registered to do business in Kansas and which may be served by serving its resident agent The Corporation Company, Inc., 112 SW 7th St., Suite 3C, Topeka, Kansas 66603.

3. That the occurrence which is the subject matter of this action took place in Wyandotte County, Kansas, and that jurisdiction and venue properly lie with this Court.

4. That on August 19, 2021, the Plaintiff Sheryll McKinley was legally present on the business premises of the Defendant Target Corporation located at 10900 Stadium Parkway, in Kansas City, Kansas, when she was caused to trip and fall to the pavement as a result of a surface

**EXHIBIT C**

defect in the pavement adjacent to the front entrance of the facility.

5. That the above-referenced occurrence was caused in whole or in part by the negligence of the Defendant and its agents and employees, including but not limited to:

a. Failing to inspect the premises;
b Failing to repair the surface defect;
c. Failing to barricade the surface defect;
d. Failing to warn the Plaintiff.

6. That as a direct and proximate result of the above-referenced occurrence and negligence of the Defendant Target Corporation, the Plaintiff has been caused to suffer a right wrist fracture requiring open reduction and internal fixation, and to experience and incur medical expenses, disabilities, disfigurement, pain, suffering, and mental anguish, all in the past, and is reasonably likely to experience and incur additional such damages in the future.

WHEREFORE, as a result of the above, the Plaintiff respectfully prays for judgment in her favor and against the Defendant Target Corporation, and for her damages in an amount in excess of $75,000.00, together with the cost of this action, and such further and additional relief as the Court deems just and equitable in the premises.

ROBB, TAYLOR & O'CONNOR


/s/    John G. O'Connor
John G. O'Connor
Attorney for Plaintiff
Ks. Sup. Ct. No. 10362
Mo. Bar No.  40004
827 Armstrong Avenue
Kansas City, Kansas 66101
Ph: (913) 321-9600
Fax: (913) 321-0199

## **DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff and demands a trial by jury of all issues of fact herein.

/s/   John G. O'Connor
John G. O'Connor
Attorney for Plaintiff

ELECTRONICALLY FILED
2022 Mar 09 PM 2:23
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000165

**IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS**
**CIVIL COURT DEPARTMENT**

**SHERYLL MCKINLEY,**

    **Plaintiff,**

v.                                         **Case No.:**_____

**TARGET CORPORATION,**

    **Defendant.**

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS DIRECTED TO DEFENDANT TARGET CORPORATION

COMES NOW the Plaintiff, pursuant to Kansas Code of Civil Procedure, K.S.A. 60-234, and requests the Defendant Target Corporation to produce for inspection and copying all documents and tangible things described below by forwarding a copy to the Plaintiff's undersigned attorney within the time required by law. The Plaintiff does not seek any of the following documents which may have been prepared by counsel or at the direction of counsel in anticipation of litigation.

1. Any and all incident reports or accident reports prepared or obtained by Defendant Target Corporation or its agents or insurers and relating to Plaintiff's accidental injury of August 19, 2021.

2. Any and all written or recorded witness statements relating to the facts, allegations or matters involved in Plaintiff's Petition and prepared or obtained by Defendant Target Corporation or its agents, or insurers.

3. Any and all investigation reports, correspondence or memoranda relating to the facts, allegations or matters mentioned in Plaintiff's Petition and prepared, received, compiled, submitted or made by or on behalf of the Defendant Target Corporation or its agents, or insurers.

4. Any and all photographs, videos, drawings, sketches or illustrations of the persons, places or instrumentalities involved in the incident alleged in Plaintiff's Petition.

5. Any and all documents which the Defendant Target Corporation claims are relevant to support its defenses or claims in this case, but not produced in response to the previous requests herein.

ROBB, TAYLOR & O'CONNOR


/s/   John G. O'Connor
    John G. O'Connor
    Attorney for Plaintiff
    Ks. Sup. Ct. No. 10362
    Mo. Bar No. 40004
    827 Armstrong Avenue
    Kansas City, Kansas 66101
    Ph: (913) 321-9600
    Fax: (913) 321-0199

**ELECTRONICALLY FILED**
2022 Mar 09 PM 2:23
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000165

<u>Sheryll McKinley</u>

vs.

<u>Target Corporation</u>

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

> **Target Corporation**
> **serve: The Corporation Co. Inc., 112 SW 7th St., #3C**
> **Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> John G. O'Connor
> 827 Armstrong Ave.
> Suite 300
> Kansas City, KS 66101

within 21 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 03/09/2022 03:46:39 PM

**Documents to be served with the Summons:**
PLE: Petition Petition Pursuant to K.S.A. Chapter 60, DIS: Discovery (Generic) Plaintiff's Request For Production to Defendant

ELECTRONICALLY FILED
2022 Apr 05 PM 2:44
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000165

**Prepared By:**

**BATY OTTO CORONADO SCHEER PC**

Theresa A. Otto, KS 16628
Jennifer I. Donnelli, KS 19445
4435 Main Street, Suite 1100
Kansas City, MO 64111
Telephone: (816) 531-7200
Facsimile: (816) 531-7201
totto@batyotto.com
jdonnelli@batyotto.com
**ATTORNEYS FOR DEFENDANT**

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

| | |
|---|---|
| SHERYLL McKINLEY, | |
| Plaintiff, | |
| vs. | Case No. 2022-CV-000165 |
| TARGET CORPORATION, | |
| Defendant. | |

## LIMITED ENTRY OF APPEARANCE

Jennifer Donnelli of the law firm of Baty Otto Coronado Scheer PC enters her appearance on behalf of the Defendant Target Corporation in the above-captioned matter to obtain a Clerk's extension.

Respectfully submitted,

**BATY OTTO CORONADO SCHEER PC**

 */s/ Jennifer I. Donnelli*
Theresa A. Otto            KS 16628
Jennifer I. Donnelli       KS 19445
One Main Plaza
4435 Main Street, Suite 1100
Kansas City, MO 64111
Telephone: (816) 531-7200
Facsimile: (816) 531-7201
totto@batyotto.com
jdonnelli@batyotto.com
**ATTORNEYS FOR DEFENDANT**

2

## CERTIFICATE OF SERVICE

This certifies that the foregoing was filed with the Court via the Court's e-filing system on April 5, 2022, and that the foregoing was served by electronic mail the same date to all counsel of record, including:

John G. O'Connor
ROBB, TAYLOR & O'CONNOR
827 Armstrong Avenue
Kansas City, KS 66101
Telephone:      (913) 321-9600
Fax:              (913) 321-0199

**ATTORNEY FOR PLAINTIFF**

　　　　　　　　　　　　　　　　　　　　　*/s/ Jennifer I. Donnelli*
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

2

ELECTRONICALLY FILED
2022 Apr 05 PM 2:38
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000165

**Prepared By:**

**BATY OTTO CORONADO SCHEER PC**

Theresa A. Otto, KS 16628
Jennifer I. Donnelli, KS 19445
4435 Main Street, Suite 1100
Kansas City, MO 64111
Telephone: (816) 531-7200
Facsimile: (816) 531-7201
totto@batyotto.com
jdonnelli@batyotto.com
**ATTORNEYS FOR DEFENDANT**

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

SHERYLL McKINLEY,

        Plaintiff,

vs.

TARGET CORPORATION,

        Defendant.

Case No. 2022-CV-000165

## LIMITED ENTRY OF APPEARANCE

COMES NOW Theresa A. Otto of the law firm of Baty Otto Coronado Scheer PC and hereby enters her appearance on behalf of the Defendant Target Corporation in the above-captioned matter to request a Clerk's extension of time.

Respectfully submitted,

**BATY OTTO CORONADO SCHEER PC**

*/s/ Theresa A. Otto*
Theresa A. Otto    KS 16628
Jennifer I. Donnelli    KS 19445
One Main Plaza
4435 Main Street, Suite 1100
Kansas City, MO 64111
Telephone: (816) 531-7200
Facsimile: (816) 531-7201
totto@batyotto.com
jdonnelli@batyotto.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This certifies that the foregoing was filed with the Court via the Court's e-filing system on April 5, 2022, and that the foregoing was served by electronic mail the same date to all counsel of record, including:

John G. O'Connor
ROBB, TAYLOR & O'CONNOR
827 Armstrong Avenue
Kansas City, KS 66101
Telephone: (913) 321-9600
Fax: (913) 321-0199

**ATTORNEY FOR PLAINTIFF**

*/s/ Theresa A. Otto*
Attorney for Defendant

ELECTRONICALLY FILED
2022 Apr 07 AM 11:17
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000165



**Court:**  Wyandotte County District Court

**Case Number:**  2022-CV-000165

**Case Title:**  Sheryll McKinley vs. Target Corporation

**Type:**  Clerk's Order Pursuant to KS. Sup. Ct. R. 113

SO ORDERED.

/s/ Timothy L Dupree, Honorable District Court Judge

Electronically signed on 2022-04-07 11:17:14    page 1 of 3

**Prepared By:**

**BATY OTTO CORONADO SCHEER PC**

Theresa A. Otto, KS 16628
Jennifer I. Donnelli, KS 19445
4435 Main Street, Suite 1100
Kansas City, MO 64111
Telephone:   (816) 531-7200
Facsimile:    (816) 531-7201
totto@batyotto.com
jdonnelli@batyotto.com
**ATTORNEYS FOR DEFENDANT**

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

SHERYLL McKINLEY,

           Plaintiff,

vs.

TARGET CORPORATION,

           Defendant.

Case No. 2022-CV-000165

## CLERK'S ORDER PURSUANT TO KS. SUP. CT. R. 113

Before the Clerk of Court is a request by Defendant for an enlargement of 14 days for its initial pleading or other response to Plaintiff's Petition, which Defendant's registered agent received by certified mail on March 15, 2022. This is Defendant's first request for an enlargement of time pursuant to Sup. Ct. R. 113 and is granted pursuant to the authority vested in the Clerk of Court by Rule 113.

IT IS SO ORDERED THAT DEFENDANT shall have an additional fourteen (14) days to plead or otherwise respond to the Petition.

_____
Clerk of Court

Respectfully submitted,

**BATY OTTO CORONADO SCHEER PC**

*/s/ Jennifer Donnelli*
Theresa A. Otto, Ks. 16628
Jennifer I. Donnelli, Ks. 19445
4435 Main Street, Suite 1100
Kansas City, MO 64111
Telephone:   (816) 531-7200
Facsimile:    (816) 531-7201
totto@batyotto.com
jdonnelli@batyotto.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This certifies that the foregoing was filed with the Court via the Court's e-filing system on April 7, 2022, and that the foregoing was served by electronic mail the same date to all counsel of record, including:

John G. O'Connor
ROBB, TAYLOR & O'CONNOR
827 Armstrong Avenue
Kansas City, KS 66101
Telephone:    (913) 321-9600
Fax:           (913) 321-0199

**ATTORNEY FOR PLAINTIFF**

*/s/ Jennifer Donnelli*
Attorney for Defendant

2

## Trial Docket - Case No. 2022-CV-000165

## SHERYLL MCKINLEY VS. TARGET CORPORATION
Case Style:

| Judicial District: | County: | Date Filed: | Judge: | Division: |
|---|---|---|---|---|
| 29 | Wyandotte | 3/9/2022 | Timothy L Dupree | 03 |

| Plaintiff Information: | Defendant Information: |
|---|---|
| **Name:** Sheryll McKinley | **Name:** Target Corporation |
| **Attorney:** John G O'Connor | **Attorney:** Theresa A Otto |

| Date | Action Filed |
|---|---|
| 4/7/22 | Efile: Clerks Order Pursuant to Rule 113, Approved. |